**FILED**

FEB 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEBORAH FLETCHER,                    :

     Plaintiff,                        :

     v.                                :          Civil Action No.   **08 0340**

MENTAL HEALTH DIVISION,              :

     Defendant.                        :

## MEMORANDUM OPINION

This matter comes before the Court on plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application, and dismiss the complaint.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that she had been arrested in 2006 and that she evidently had been admitted to a mental health facility operated by defendant. The basis of this Court's jurisdiction is not alleged in the complaint. Although plaintiff alleges that her rights have been denied, but does not indicate what rights are at issue. She demands no particular form of relief.

As drafted, the complaint fails to accomplish the basic purpose of Rule 8(a). Accordingly, the complaint will be dismissed without prejudice. An Order consistent with this

(2)

3

Memorandum Opinion will be issued separately on this date.

_____
United States District Judge

DATE:

2/15/08